RALPH A. LOMBARDI (State Bar No. 048217)
LORI A. SEBRANSKY (State Bar No. 125211)
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
TEL: (510) 433-2600
FAX: (510) 433-2699

Attorneys for Plaintiff JOSEPH HARBISON, III dba
JOSEPH F. HARBISON, III & ASSOCIATES


MARNIN WEINREB (State Bar No. 161591)
CYNTHIA D. KINNEY (State Bar No. 196789)
WAXLER♦CARNER♦WEINREB♦BRODSKY LLP
1960 East Grand Avenue, Suite 1210
El Segundo, California 90245
TEL:   (310) 416-1300
FAX:   (310) 416-1310

Attorneys For Defendant
AMERICAN MOTORISTS INSURANCE COMPANY


# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. HARBISON, III dba JOSEPH F. HARBISON, III & ASSOCIATES,<br><br>           Plaintiff,<br><br>     v.<br><br>AMERICAN MOTORISTS INSURANCE COMPANY,<br><br>           Defendant. | No. CIV.S-04-2542 FCD/ JFM<br><br>**STIPULATION AND ORDER TEMPORARILY STAYING ACTION AND CONTINUING STATUS CONFERENCE** |

The parties to this action, by and through their respective counsel, stipulate as follows:

1. Because defendant's indemnity obligation and alleged breach of the implied covenant of good faith and fair dealing cannot be determined until resolution of the Underlying Action, the parties agree that this action should be temporarily stayed until the Underlying Action is resolved. Trial of the Underlying Action currently is set for November 20, 2007.

2. The parties further stipulate and request that all deadlines and hearings currently scheduled be vacated, including the status conference currently set for September 21, 2007.

- 1 -

3. The parties also stipulate and request that a further status conference be scheduled for March 28, 2008 at 10:00 a.m., with an updated joint status report due March 18, 2008.

DATED: September 20, 2007

                            LOMBARDI, LOPER & CONANT

                            By: /s/ Ralph A. Lombardi
                                  RALPH A. LOMBARDI
                                  Attorneys for Plaintiff

                            WAXLER CARNER WEINREB & BRODSKY LLP

                            By: /s/ Marnin Weinreb
                                  MARNIN WEINREB
                                  Attorneys for Defendant

## **ORDER**

IT IS HEREBY ORDERED that

1. This action is temporarily STAYED until the Underlying Action is resolved. Trial of the Underlying Action currently is set for November 20, 2007.

2. All deadlines and hearings currently scheduled are vacated, including the status conference currently set for September 21, 2007.

3. A further status conference is set for March 28, 2008 at 10:00 a.m. An updated joint status report must be filed by March 18, 2008.

DATED: September 21, 2007

                            FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

- 2 -

STIPULATION AND ORDER STAYING ACTION AND CONTINUING STATUS CONFERENCE
CIV.S-04-2542 FCD/JFM