1  RALPH A. LOMBARDI (State Bar No. 048217)
   LORI A. SEBRANSKY (State Bar No. 125211)
2  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
4  TEL: (510) 433-2600
   FAX: (510) 433-2699
5
   Attorneys for Plaintiff JOSEPH HARBISON, III dba
6  JOSEPH F. HARBISON, III & ASSOCIATES
7
   MARNIN WEINREB (State Bar No. 161591)
8  CYNTHIA D. KINNEY (State Bar No. 196789)
   WAXLER♦CARNER♦WEINREB♦BRODSKY LLP
9  1960 East Grand Avenue, Suite 1210
   El Segundo, California 90245
10 TEL:   (310) 416-1300
   FAX:   (310) 416-1310
11
   Attorneys For Defendant
12 AMERICAN MOTORISTS INSURANCE COMPANY
13

14              **UNITED STATES DISTRICT COURT**

15              **EASTERN DISTRICT OF CALIFORNIA**

16 | JOSEPH F. HARBISON, III dba JOSEPH F. HARBISON, III & ASSOCIATES, | ) ) | **No. CIV.S-04-2542 FCD/ JFM** |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER CONTINUING MARCH 28, 2008 STATUS CONFERENCE** |
| v. | ) ) ) | **Courtroom:    2, 15th Floor** |
| AMERICAN MOTORISTS INSURANCE COMPANY, | ) ) ) | **The Honorable Frank C. Damrell, Jr.** |
| Defendant. | ) ) ) ) | |

                    STATUS OF UNDERLYING ACTION

       This is an insurance coverage and "bad faith" action that arises from an underlying lawsuit

entitled *Christopher J. Olsen v. Joseph F. Harbison, III dba Joseph F. Harbison, III & Associates*,

Sacramento Superior Court action number 03AS06006 (the "Underlying Action").  As the parties'

previously advised this Court, American Motorists' indemnity obligation and alleged breach of the

- 1 -

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

implied covenant of good faith and fair dealing cannot be determined until the Underlying Action has been resolved.

The trial of the Underlying Action has been continued several times, and is now set for <u>March 17, 2008</u>. The trial is estimated to take two weeks. We have been advised that the five-year statute expired in February 2008. The parties therefore stipulated to the March 17 trial date, with an allowance for the case to trail through April in the event a courtroom is unavailable. We are advised the defense will not stipulate to any further extension of the statute.

## STATUS OF THIS INSURANCE ACTION

Based on the parties' earlier stipulation, this Court has temporarily stayed litigation of this suit pending trial of the Underlying Action. A further status conference is currently scheduled for March 28, 2008. This March 28 date was set based on a November 20, 2007 trial date in the Underlying Action.

Since trial of the Underlying Action will not begin until March 17 (at the earliest), the parties request that the status conference be continued 60 days, to May 30, 2008. That should allow sufficient time to conclude the trial proceedings in the Underlying Action.

## STIPULATION TO CONTINUE THE STATUS CONFERENCE

The parties to this action, by and through their respective counsel, stipulate as follows:

1. Because defendant's indemnity obligation and alleged breach of the implied covenant of good faith and fair dealing cannot be determined until resolution of the Underlying Action, the parties agree that this action should continue to be temporarily stayed until the Underlying Action is resolved. Trial of the Underlying Action currently is set for March 17, 2008.

2. The parties also stipulate and request that a further status conference be scheduled for May 30, 2008 at 10:00 a.m., with an updated joint status report due May 20, 2008.

DATED: February 15, 2008

LOMBARDI, LOPER & CONANT

By: \_\_\_\_/s/ Lori A. Sebransky_____
      Lori A. Sebransky
      Attorneys for Plaintiff

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

WAXLER CARNER WEINREB & BRODSKY LLP


By:      /s/ Marnin Weinreb
         MARNIN WEINREB
         Attorneys for Defendant


ORDER

IT IS HEREBY ORDERED that

1. This action continues to be temporarily stayed until the Underlying Action is resolved. Trial of the Underlying Action currently is set for March 17, 2008.

2. A further status conference is set for June 6, 2008 at 10:00 a.m. An updated joint status report must be filed by May 23, 2008.

DATED: February 15, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

LOMBARDI, LOPER
& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699