1  RALPH A. LOMBARDI (State Bar No. 048217)
   LORI A. SEBRANSKY (State Bar No. 125211)
2  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
4  TEL: (510) 433-2600
   FAX: (510) 433-2699
5
   Attorneys for Plaintiff JOSEPH HARBISON, III dba
6  JOSEPH F. HARBISON, III & ASSOCIATES

7
   MARNIN WEINREB (State Bar No. 161591)
8  WAXLER♦CARNER♦WEINREB♦BRODSKY LLP
   1960 East Grand Avenue, Suite 1210
9  El Segundo, California 90245
   TEL:   (310) 416-1300
10 FAX:   (310) 416-1310

11 Attorneys For Defendant
   AMERICAN MOTORISTS INSURANCE COMPANY
12

13
                     **UNITED STATES DISTRICT COURT**
14
                     **EASTERN DISTRICT OF CALIFORNIA**
15

| | |
|---|---|
| JOSEPH F. HARBISON, III dba JOSEPH F. HARBISON, III & ASSOCIATES, | No. CIV.S-04-2542 FCD/JFM |
| Plaintiff, | **ORDER MODIFYING ORIGINAL SCHEDULING ORDER** |
| v. | TRIAL DATE:  October 27, 2009 |
| AMERICAN MOTORISTS INSURANCE COMPANY, | |
| Defendant. | |

The Court has considered the parties' Stipulation to modify this Court's May 27, 2008 scheduling/case management Order.

IT IS HEREBY ORDERED that the May 27, 2008 shall be modified as follows:

| | |
|---|---|
| Last Day to Notice Depositions | January 30, 2009 |
| Last Day to Complete Depositions | February 27, 2009 |
| Expert Disclosure | March 6, 2009 |
| Supplemental Expert Disclosure | March 13, 2009 |

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

- 1 -

ORDER MODIFYING ORIGINAL SCHEDULING ORDER
CIV.S-04-2542 FCD/JFM

1 | Expert Discovery Cut-Off             April 10, 2009

2 | **Dispositive Motion Hearing Deadline       June 12, 2009**

3 | IT IS ALSO ORDERED that the Final Pre-Trial Conference date, currently scheduled for July 17, 2009, shall be continued to August 21, 2009, at 2:00 p.m. All other dates, including the October 27, 2009 trial date, shall remain the same.

Dated: December 29, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

& CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street
Suite 2600
Oakland, CA 94612-3541
TEL: 510/433-2600
FAX: 510/433-2699

- 2 -

**ORDER MODIFYING ORIGINAL SCHEDULING ORDER
CIV.S-04-2542 FCD/JFM**