UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. HARBISON, III, dba JOSEPH F. HARBISON, III & ASSOCIATES,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN MOTORISTS INSURANCE COMPANY.<br><br>    Defendant.<br>_____/ | NO. 2:04-CV-2542 FCD JFM<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Pursuant to the representation of the plaintiff, in the above action, the court has determined that this case has settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before August 12, 2009. All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED**.

Dated: July 14, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE